UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CIVIL ACTION NO. 7:17-CV-98-EBA

VERNA MAE ADAMS, PLAINTIFF,

V. **JUDGMENT**

NANCY A. BERRYHILL, *in her
official capacity as the Acting
Commissioner of the Social
Security Administration*, DEFENDANT.

In accordance with this Court's opinion entered on this date, this Court HEREBY ORDERS and ADJUDGES as follows:

1. The Administrative Decision is AFFIRMED;

2. The above-styled action is STRICKEN from this Court's active docket; and

3. This judgment constitutes a FINAL and APPEALABLE order.

This the 18th day of January, 2018.



Signed By:
Edward B. Atkins  *EBA*
United States Magistrate Judge